SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENA JASSO DE RIVERA, | No. C 07-5810 PJH |
| Plaintiff, | |
| v. | STIPULATION TO TRANSFER VENUE OF ACTION TO EASTERN DISTRICT OF CALIFORNIA AND [P~~ROPOSED~~] ORDER |
| MICHAEL CHERTOFF, Secretary Homeland Security; EMILIO GONZALES, USCIS Director; DAVID STILL, District Director, DHS, | [28 U.S.C. § 1406(a)] |
| Defendants. | |

The plaintiff brought the above-captioned case under 28 U.S.C. §§ 1331, 1361, 1651, 2201, and 5 U.S.C. § 701, alleging that she attended an interview on her adjustment of status application on September 7, 2004, but the application remains unadjudicated. Plaintiff alleges that defendants have violated the Administrative Procedures Act by unreasonably delaying the adjudication of her adjustment of status application, and that she is entitled to a writ of mandamus to compel the United States Citizenship and Immigration Services (USCIS) to adjudicate her application immediately.

The plaintiff is a resident of Stockton, California, which is located in the Eastern District of California. 28 U.S.C. § 84(b). Moreover, the parties agree that the plaintiff's I-485 application is being processed in Sacramento, California. Accordingly, venue for this action is proper in the

1  Eastern District, but not in this District.

2  The parties to this action, by and through their attorneys, hereby stipulate and request of the

3  Court that this action should be transferred to the Eastern District of California pursuant to 28

4  U.S.C. § 1406(a). Section 1406(a) provides:

> The district court of a district in which is filed a case laying in venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.

7  Because venue is proper only in the Eastern District, the parties believe that the interests of

8  justice require that this action be transferred to the United States District Court for the Eastern

9  District of California.

10  In addition, the time for a response to the complaint has not yet run, and in view of the

11  uncertainty as to when this action will be docketed and assigned to a judge in the Eastern District

12  of California, the parties further stipulate and request of the Court that the time for the Defendants

13  to answer, move, plead or otherwise respond to the Complaint should be extended to 40 days after

14  the date the action is docketed and assigned to a judge in the Eastern District of California.

15  Date: December 21, 2007                    Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

                                                _____/s/_____
                                                EDWARD OLSEN
                                                Assistant United States Attorney
                                                Attorneys for Defendants


                                                _____/s/_____
Date: December 21, 2007                         SUZANNE SPORRI
                                                Attorney for Plaintiff

///

///

STIPULATION TO TRANSFER VENUE
C07-5810 PJH                              2

**ORDER**

The foregoing stipulation is approved and this action is hereby transferred to the United States District Court for the Eastern District of California, the judicial district in which this case should have been brought. The time for Defendants to answer, move, plead or otherwise respond to the Plaintiff's Complaint shall be extended to 40 days after the action is docketed, and a judge assigned, in the Eastern District of California. IT IS SO ORDERED.

Date: 12/21/07

_____
PHYLLIS J. HAMILTON
United States District Judge

